THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BATES.—

848

Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.